Same case below, 328 Fed. Appx. 849.

**No. 09-8522. Billy Ray Tatum, Petitioner v. United States.**

559 U.S. 982, 130 S. Ct. 1712, 176 L. Ed. 2d 198, 2010 U.S. LEXIS 2138.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 348 Fed. Appx. 963.

**No. 09-8541. James Chavis-Tucker, Petitioner v. Stuart Hudson, Warden.**

559 U.S. 982, 130 S. Ct. 1712, 176 L. Ed. 2d 198, 2010 U.S. LEXIS 2061.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 348 Fed. Appx. 125.

**No. 09-8543. Ralph Howard Blakely, Petitioner v. Ken Quinn, Superintendent, Monroe Correctional Complex.**

559 U.S. 982, 130 S. Ct. 1712, 176 L. Ed. 2d 198, 2010 U.S. LEXIS 2162.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-8552. Clarence Pete, Petitioner v. United States.**

559 U.S. 982, 130 S. Ct. 1712, 176 L. Ed. 2d 198, 2010 U.S. LEXIS 2032.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8557. Mark Kirk, Petitioner v. Perry Phelps, Warden.**

559 U.S. 983, 130 S. Ct. 1713, 176 L. Ed. 2d 198, 2010 U.S. LEXIS 2097.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8596. Charles Lee Webb, Petitioner v. United States.**

559 U.S. 983, 130 S. Ct. 1713, 176 L. Ed. 2d 198, 2010 U.S. LEXIS 2119.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8602. Michael Glasper, Petitioner v. Illinois.**

559 U.S. 983, 130 S. Ct. 1714, 176 L. Ed. 2d 198, 2010 U.S. LEXIS 2170.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 234 Ill. 2d 173, 334 Ill. Dec. 575, 917 N.E.2d 401.

**No. 09-8609. Clarence Paul Dorosan, Petitioner v. United States.**

559 U.S. 983, 130 S. Ct. 1714, 176 L. Ed. 2d 198, 2010 U.S. LEXIS 2127.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 350 Fed. Appx. 874.

**No. 09-8619. Jerome Grant, Jr., Petitioner v. United States.**

559 U.S. 983, 130 S. Ct. 1714, 176 L. Ed. 2d 198, 2010 U.S. LEXIS 2077.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8622. Curtis A. Peacock, Petitioner v. Committee of Bar Examiners of the State Bar of California, et al.**

559 U.S. 983, 130 S. Ct. 1715, 176 L. Ed. 2d 198, 2010 U.S. LEXIS 1991.

March 1, 2010. Petition for writ of certiorari of the Supreme Court of California denied.